# DECLARATION OF SHAUNA S. MUHL

## DECLARATION OF SHAUNA S. MUHL

I, Shauna S. Muhl, declare as follows:

1. I am the duly elected and presently acting Vice President, General Counsel and Corporate Secretary for Cox Enterprises, Inc. ("CEI").

2. I am the duly elected and presently acting Secretary for Manheim Investments, Inc. ("Manheim Investments").

3. CEI is incorporated in the state of Delaware. Its principal place of business is Atlanta, Georgia.

4. Manheim Investments is incorporated in the state of Nevada. Its principal place of business is Atlanta, Georgia.

5. Manheim Investments is a subsidiary of Manheim, Inc., which is a subsidiary of Cox Enterprises, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2013 in Atlanta, Georgia.

_____
Shauna S. Muhl

SMRH:408261645.1

-1-

DECLARATION OF SHAUNA MUHL IN SUPPORT OF REMOVAL