# EXHIBIT B

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click Sign Me Up.*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 9474518
Date: 01/09/2012

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Manheim Investments, Inc. |
| **Entity I.D. Number:** | 1895926 |
| **Entity Served:** | Manheim Investments, Inc. |
| **Title of Action:** | Jose L. Ibarra vs. Manheim Investments, Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Labor / Employment |
| **Court/Agency:** | San Diego County Superior Court, California |
| **Case/Reference No:** | 37-2011-00102889-CU-OE-CTL |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 01/09/2012 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Raul Cardena
619-546-0888

**Primary Contact:**
Judy Walker
Cox Enterprises, Inc

**Copy of transmittal only provided to:**

2/7/2012

Exhibit B
041

Dorcas Morris
Nancy Loudermilk
Sharron Vines
Michelle Anderson
Heather Chapman

To review other documents in this matter, please link to CSC's Matter Management Services at www.cscglobal.com

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

---

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

2/7/2012

Exhibit B
042