UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. IBARRA, an individual; and ROES 1-50 on behalf of themselves and in a representative capacity for all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM INVESTMENTS, INC., a Nevada Corporation; COX ENTERPRISES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.  13-CV-0857-CAB (BLM)**<br><br>[Complaint Filed:  December 22, 2011]<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO STAY COURT'S REMAND ORDER PENDING DEFENDANTS' APPEAL**<br><br>[Doc. No. 20]<br><br>Judge: Hon. Cathy Ann Bencivengo |

# ORDER

Defendants Manheim Investments, Inc., and Cox Enterprises, Inc. (collectively, "Defendants"), applied, *ex parte,* for an Order to Stay Court's Remand Order Pending Defendants' Appeal.

After consideration of the papers, the Court finds **GOOD CAUSE** and **GRANTS** the *Ex Parte* Application.  Accordingly, it is **HEREBY ORDERED** that the Court will stay its July 15, 2013 Order to Remand pending Defendants' filing of an Appeal.

**IT IS SO ORDERED.**

Dated:  July 22, 2013

_____
HON. CATHY ANN BENCIVENGO
U.S. DISTRICT COURT JUDGE